Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 18-12360 |
| MICHAEL KIDWELL, | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| BANKRUPTCY ESTATE OF | ) | Adversary No. 20-01019 |
| MICHAEL KIDWELL, by and through | ) | |
| Nancy L. James, Bankruptcy Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DEFAULT JUDGMENT AS TO |
| LSF9 MASTER PARTICIPATION TRUST, | ) | MORTGAGE MASTER SERVICE |
| through U.S. Bank Trust, N.A., as Trustee; | ) | CORPORATION |
| CALIBER HOME LOANS, INC., a Delaware | ) | |
| corporation; MORTGAGE MASTER | ) | |
| SERVICE CORPORATION, a Washington | ) | |
| corporation; and MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., an | ) | |
| inactive Washington corporation, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER having come on regularly before the above-signed Judge of the above-

entitled court, upon the plaintiff's *Ex Parte* Motion for an Order of Default and Judgment as to

**DEFAULT JUDGMENT AS TO
MORTGAGE MASTER SERVICE
CORPORATION -** 200527cOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-01019-TWD    Doc 22    Filed 09/28/20    Ent. 09/28/20 08:31:02    Pg. 1 of 2

1 Mortgage Master Service Corporation, the court having reviewed the pleadings and file herein,

2 defendant Mortgage Master Service Corporation being in default, and an *Ex Parte* Order of Default

3 having been entered, now, therefore, it is hereby

4     ORDERED, ADJUDGED AND DECREED that the plaintiff has a judgment against

5 defendant Mortgage Master Service Corporation as follows: defendant Mortgage Master Service

6 Corporation has no interest in the proceeds of the sale of the real property located at 24514 - 148th

7 Lane S.E., Kent, Washington 98042, legally described as:

> That portion of the South 142 feet of the North 250 feet, as measured along the West line of the Southwest quarter of the Northwest quarter of Section 23, Township 22 North, Range 5 East, W.M., in King County, Washington, lying West of the Westerly right of way line of 148th Place Southeast (now known as 148th Lane Southeast);
>
> Situate in the County of King, State of Washington,

12 sold pursuant to order of the court free and clear of liens and encumbrances dated April 4, 2019, in

13 Case No. 18-12360.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
---
Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Plaintiff/Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**DEFAULT JUDGMENT AS TO MORTGAGE MASTER SERVICE CORPORATION -** 200527cOrd Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-01019-TWD    Doc 22    Filed 09/28/20    Ent. 09/28/20 08:31:02    Pg. 2 of 2