**Below is the Judgment of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 18-12360 |
| MICHAEL KIDWELL, | |
| Debtor(s). | |
| | |
| BANKRUPTCY ESTATE OF MICHAEL KIDWELL, by and through Nancy L. James, Bankruptcy Trustee, | Adversary No. 20-01019 |
| Plaintiff, | |
| v. | |
| LSF9 MASTER PARTICIPATION TRUST, through U.S. Bank Trust, N.A., as Trustee; CALIBER HOME LOANS, INC., a Delaware corporation; MORTGAGE MASTER SERVICE CORPORATION, a Washington corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., an inactive Washington corporation, | DEFAULT JUDGMENT AS TO MORTGAGE MASTER SERVICE CORPORATION |
| Defendants. | |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the plaintiff's *Ex Parte* Motion for an Order of Default and Judgment as to

**DEFAULT JUDGMENT AS TO MORTGAGE MASTER SERVICE CORPORATION -** 200527cOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-01019-TWD    Doc 23    Filed 09/29/20    Ent. 09/29/20 12:04:10    Pg. 1 of 2

1     Mortgage Master Service Corporation, the court having reviewed the pleadings and file herein,

2     defendant Mortgage Master Service Corporation being in default, and an *Ex Parte* Order of Default

3     having been entered, now, therefore, it is hereby

4         ORDERED, ADJUDGED AND DECREED that the plaintiff has a judgment against

5     defendant Mortgage Master Service Corporation as follows: defendant Mortgage Master Service

6     Corporation has no interest in the proceeds of the sale of the real property located at 24514 - 148th

7     Lane S.E., Kent, Washington 98042, legally described as:

8-10         That portion of the South 142 feet of the North 250 feet, as measured along the West line of the Southwest quarter of the Northwest quarter of Section 23, Township 22 North, Range 5 East, W.M., in King County, Washington, lying West of the Westerly right of way line of 148th Place Southeast (now known as 148th Lane Southeast);

11         Situate in the County of King, State of Washington,

12     sold pursuant to order of the court free and clear of liens and encumbrances dated April 4, 2019, in

13     Case No. 18-12360.

14         //// END OF ORDER ////

16     Presented By:

17     THE LIVESEY LAW FIRM

19     /S/ *Rory C. Livesey*
    _____
20     Rory C. Livesey, WSBA #17601
    Attorney for Nancy L. James, Plaintiff/Trustee

21     The Livesey Law Firm
22     600 Stewart Street, Suite 1908
    Seattle, WA 98101
    (206) 441-0826

**DEFAULT JUDGMENT AS TO MORTGAGE MASTER SERVICE CORPORATION -** 200527cOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-01019-TWD    Doc 23    Filed 09/29/20    Ent. 09/29/20 12:04:10    Pg. 2 of 2