RORY C. LIVESEY                    Sixth & Lenora Building, Suite 900          Phone: (206) 441-0826
                                             2033 Sixth Avenue
Direct: (206) 441-5026                Seattle, Washington  98121          E-mail: rory@liveslaw.com

August 13, 2021


Honorable Timothy W. Dore
U. S. Bankruptcy Court
8131 United States Courthouse
700 Stewart Street
Seattle, WA 98101

Re:    Michael Kidwell - Bankruptcy No. 18-12360-TWD
       James v. LSF9 Master Participation Trust, et. al. - Adversary No. 20-01019-TWD

Dear Judge Dore:

The trial in the above-referenced adversary proceeding is currently scheduled for October 13, 2021, at 9:30 a.m.  The parties are requesting the trial be continued to February 22, 2022.  The parties are also requesting that new deadlines be set.  Good cause exists to extend the trial date and set new deadlines as the parties have reached a settlement in principle.  Continuing the trial will allow the settlement to be concluded.

Thank you for your attention to this matter.

Sincerely,

THE LIVESEY LAW FIRM              PERKINS COIE LLP



 /S/ *Rory C. Livesey*                    /S/ *Thomas N. Abbott*

Rory C. Livesey                        Thomas N. Abbott

RCL:pkj

210804eLtr.wpd